| | |
|---|---|
| Court Address: OFFICE OF CLERK<br>UNITED STATES DISTRICT COURT<br>ALFRED A ARRAJ COURTHOUSE<br>901-19th ST. ROOM A-105<br>DENVER, CO. 80294-3589 | **RECEIVED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>NOV 21 2022<br><br>JEFFREY P. COLWELL<br>CLERK |
| LONISIO "DAVID" BLAN SR.<br>#187625<br><br>v.<br><br>STERLING CORRECTIONAL (SCF)<br>C/O SHAFFORD<br>OCCURING SEPT. 6, 2022<br>(ON CAMERA) | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>LONISIO DAVID BLAN SR.<br>UNIT 3-A-116<br>BOX #6000<br>STERLING CO 80751 | Case No: |
| | |

| | |
|---|---|
| Court Address:<br>OFFICE OF CLERK<br>UNITED STATES DISTRICT COURT<br>ALFRED A. ARRAJ COURTHOUSE<br>901-19TH ST. ROOM A105<br>DENVER, CO 80294-3589 | |
| LONISIO "DAVID" BLAN SR.<br># 187625<br><br>v.<br>STERLING CORRECTIONAL FACILITY<br>(C/O LT. OLIVERIUS)<br>OCCURING 8/31/22 ON CAMERA<br>WITNESS C/O | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>LONISIO "DAVID" BLAN SR.<br>UNIT 3-A-116<br>BOX #6000<br>STERLING CO. 80751 | Case No: |
| | |

| | |
|---|---|
| Court Address: OFFICE OF CLERK UNITED STATES DISTRICT COURT HOUSE ALFRED A. ARRAJ COURTHOUSE 901-19th ST. Room A-105 DENVER, CO. 80294-3589 | |
| LOUISIO "DAVID" BLAW SR. #187625<br><br>v.<br><br>STERLING CORRECTIONAL (SCF) C/O REID 11/16/22 ON CAMERA | ⚠ COURT USE ONLY ⚠ |
| Attorney or Party Without Attorney (Name and Address): | Case No: |
| ( | |

AR Form 850-04A (12/01/18)

## Informal Resolution

| Offender Must Complete | |
|---|---|
| Name: Lonicio "David" Blan | DOC #: 187625 |

**This form used for INFORMAL RESOLUTION ONLY**   Unit: 3-A-L-16

Instructions:
1. Fill out identifying data in space provided. (Must be legible.) — *This space must remain blank*
2. Clearly state basis for grievance or grievance appeal. — *This space must remain blank*
3. State specifically what remedy you are requesting. — *This space must remain blank*
4. Remedy must remain consistent. — *This space must remain blank*
5. Signatures of Parties present for resolution attempt. — *This space must remain blank*

**Subject of Grievance and Requested Meaningful Remedy:**

As I was moved here from Arrowhead ACC on 5/10/22. On 5/25/22 SCF gave me a reason for transporting me of new arrival compliance list. SCF charged me for 1 BXR XL, 12 socks and 1 Jkt. Staff only gave me a shirt XL. Arrowhead kept that Jkt XL and socks. I have the coat here as my pillow because SCF hasn't gave me a pillow. Why am I getting charged Anything?!!

I showed staff in POD 3 my coat and I had — Lonicio David Blan 187625  3/25/22

Offender Signature / Date: [signature]

**Response from affected area or case manager or community parole officer:**

Per our conversation on 8/31/22 concerning your informal resolution, I, Lt Olivarius, explained to Blan, Lonicio 187625 that during his arrival inventory clothing items were missing from his property. The missing items were documented on form 850-6A which Blan acknowledged the missing items with his signature. The missing state items are being replaced at his expense. Blan appeared to accept the explanation given.

**Resolution:** SEPTEMBER 6, 2022 C/O SHAFFORD AFTER LUNCH YELLED AND WOULDN'T MAKE A COPIE OF THIS SO I COULD MEET MY CASE MANAGER AFTER LUNCH.

☐ Issue Resolved   ☐ Step I Grievance Issued   ☐ Non-Grieveable per 850-04

Offender Signature: _____   Date: _____
DOC Employee Signature: _____   Date: _____

Attachment A
Page 1 of 1



COLORADO DEPT OF CORRECTIONS
Name: Lousio "David" Blau SR
Register Number: 187625 Unit: 3-A-116
PO BOX 6000
City, State, Zip STERLING, CO. 80751

DENVER CO 802
18 NOV 2022 PM 2 L

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 · 19th ST. ROOM A-105
DENVER, CO 80294-3589

LEGAL MAIL



SCF
FACILITY
Groff
STAFF
187625 BLAN
DATE 11/17/22
20118
DOC #